UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL, | No. 2:14-cv-3007 KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, FOLSOM STATE PRISON, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. On June 15, 2015, petitioner filed a motion to stay the instant case based on his housing in a mental health crisis bed. Petitioner states he does not have access to "any legal documents," and claims he should be released in about two months. (ECF No. 15.)

At present, petitioner is not facing an imminent deadline. Rather, respondent is required to file a responsive pleading on or before July 8, 2015. (ECF No. 12.) Thus, a stay of this action is not warranted. However, because petitioner anticipates being housed in the mental health facility for the next two months, the undersigned will grant petitioner an extension of time in which to file his reply to the responsive pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for stay (ECF No. 15) is denied without prejudice; and

////

1

2. Petitioner is granted sixty days from the date respondent files a responsive pleading in which to file either (a) a reply, if the responsive pleading is an answer; or (b) an opposition, if the responsive pleading is a motion.

Dated: July 2, 2015

/corr3007.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE