UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL, | No. 2:14-cv-3007 KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, FOLSOM STATE PRISON, | |
| Respondent. | |

Plaintiff is a state prisoner. Both parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On January 8, 2016, petitioner filed a notice of change of address, stating that he is now housed at the Atascadero State Hospital in Atascadero. Petitioner claims that his traverse was due on January 9, 2016, but that during his incarceration in the California Department of Corrections and Rehabilitation, his legal materials "got stuck at North Kern State Prison," and he has "no access to [his] legal documents." (ECF No. 30.)

Respondent filed an answer on September 4, 2015. Petitioner has been granted two prior extensions of time consisting of ninety additional days. On October 29, 2015, petitioner was informed that no further extensions of time would be granted. In his recent filing, petitioner did not ask for an extension of time, and gave no indication when he expects to receive his legal materials. Thus, absent further request, the court will not construe petitioner's filing as a request for extension of time. Petitioner is advised that he is not required to file a traverse. But if he

1

intends to seek further extension of time to do so, he must file an appropriate request supported by specific factual allegations to justify the lengthy delay.

IT IS SO ORDERED.

Dated: January 27, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

corr3007.inf