UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FOLSOM STATE PRISON,<br><br>　　　　Respondent. | No.  2:14-cv-3007 KJN P<br><br><br>ORDER |

　　　　Petitioner is proceeding without counsel.  Respondent filed an answer on September 4, 2015.  Petitioner was subsequently granted multiple extensions of time in which to file a traverse.  However, on February 8, 2016, petitioner filed a declaration explaining his myriad transfers to multiple mental health crisis beds, during which he was deprived of all access to his legal materials, as well as additional transfers from North Kern State Prison, to the California Medical Facility, to Salinas Valley State Prison, and to Atascadero State Hospital, where he is presently housed.  Petitioner's property has been requested from North Kern State Prison, and plaintiff avers that he should be getting his property shortly.  Good cause appearing, petitioner is granted an extension of time to file a traverse.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Petitioner's request for an extension of time (ECF No. 32) is granted; and

////

1

      2. Petitioner shall file a traverse within sixty days from the date of this order.

Dated: March 1, 2016

/corr3007.eot

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2