UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLSOM STATE PRISON,<br><br>Respondent. | No. 2:14-cv-3007 KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel. The parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). Two motions filed by petitioner are pending: petitioner's motion for staff at Atascadero State Hospital to provide petitioner with his legal documents, and petitioner's motion for bail pending habeas relief. However, on April 29, 2016, petitioner filed a change of address reflecting his release to a residential address in Orland, California. Thus, petitioner's motions are denied as moot.

IT IS HEREBY ORDERED that petitioner's motions (ECF Nos. 35, 38) are denied without prejudice.

Dated: September 13, 2016

/corr3007.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1